

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00271-CR

| | | |
|---|---|---|
| Stewart Le Richardson a/k/a Stewart L. Richardson | § | From the 396th District Court |
| | § | of Tarrant County (1148118D) |
| | § | November 23, 2016 |
| v. | § | Opinion by Justice Walker |
| | § | (nfp) |
| The State of Texas | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
Justice Sue Walker